# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| | : | |
| v. | : | Crim. No. 24-407 |
| | : | |
| TIMOTHY BOGEN, | : | |
| KEVIN FRINK, | : | |
| DION JACOB, | : | |
| QUINTON JOHNSON, | : | |
| DAVID LONERGAN, | : | |
| DAVID MCBRIEN, | : | |
| RODOLFO RIVERA, | : | |
| GREGORY RICHARDSON, | : | |
| MICHAEL TOAL, and | : | |
| DAMANY WALKER | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Katherine M. Romano and Jessica R. Ecker, Assistant U.S. Attorneys, appearing) and defendant Quinton Johnson (by John McMahon, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the filing date of the indictment or the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1), whichever is later; and the defendant, through his attorney, having consented to this continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the number of defendants and the nature of the prosecution, such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days;

(2) The discovery in the case is voluminous, consisting of, among other things, insurance claims data, billing records, text messages, video recordings, phone records, other electronic documents, bank records, and financial records, and additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel have sufficient time to review and inspect discovery and further investigate the charges in the matter;

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 2 day of July, 2024,

ORDERED that this action be, and hereby is, continued under the Speedy Trial Act from the date this Order is signed through and including October 4, 2024; and it is further

ORDERED that the period from the date this Order is signed through and including October 4, 2024 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. MADELINE COX ARLEO
United States District Judge

Form and entry consented to:

/s/ Jessica R. Ecker
Katherine M. Romano
Jessica R. Ecker
Assistant U.S. Attorneys

_____
John McMahon, Esq.
Counsel for Defendant Quinton Johnson