# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| | : | |
| v. | : | Crim. No. 24-407 |
| | : | |
| TIMOTHY BOGEN, | : | |
| KEVIN FRINK, | : | |
| DION JACOB, | : | |
| QUINTON JOHNSON, | : | |
| DAVID LONERGAN, | : | |
| DAVID MCBRIEN, | : | |
| RODOLFO RIVERA, | : | |
| GREGORY RICHARDSON, | : | |
| MICHAEL TOAL, and | : | |
| DAMANY WALKER | : | **SCHEDULING ORDER** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Katherine M. Romano and Jessica R. Ecker, Assistant U.S. Attorneys, appearing) and defendants Timothy Bogen (by Michael Rubas, Esq., appearing), Kevin Frink (by Sarah Sulkowski, Esq., appearing), Dion Jacob (by Julian Wilsey, Esq., appearing), Quinton Johnson (by John McMahon, Esq., appearing),  David Lonergan (by Bruce Rosen, Esq., appearing), David McBrien (by Michael Calabro, Esq., appearing), Rodolpho Rivera (by Brandon Minde, Esq., appearing), Gregory Richardson (by Christopher Adams, Esq., appearing), Michael Toal (by Michael Chazen, Esq., appearing), and Damany Walker (by Michasel Rosas, Esq., appearing), and the parties having met and conferred prior to arraignment and having determined that this matter may be

treated as a criminal case that requires extensive discovery within the meaning of paragraph 4 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the initial exchange of discovery; and the Court having accepted such schedule, and for good cause shown,

It is on this 17th day of July, 2024, ORDERED that:

1. The Government shall begin to provide any oral, written or recorded statement of the Defendants on or before **August 16, 2024**.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before **August 16, 2024**. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. If there is more than one defendant named in the indictment, and if the Government intends to introduce into evidence in its case-in-chief a confession made to law enforcement authorities by one defendant that names or makes mention of a co-defendant, a copy of that statement or confession shall be disclosed by the Government on or before **August 30, 2024**. The Government shall provide a proposed redaction to that statement to conform with the requirements of *Bruton v. United States*, 391 U.S. 123 (1968) and its progeny, on or before **August 30, 2024**.

4. The parties shall begin to produce discovery required by Federal Rule of Criminal Procedure 16(a)(1) and 16(b)(1) on a rolling basis on or before **August 16, 2023**. Discovery shall be substantially completed by **October 4, 2024**.

5. The defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before **October 4, 2024**.

7. A status conference shall be held on **December 3, 2024 at 3:30 p.m.**, in order to assess the progress of discovery; to determine a schedule for the production of additional discovery if necessary; to consider any discovery disputes if necessary; to set or consider setting a schedule for the next status conference in this matter; and to set or consider setting a schedule for pretrial motions if a date for the completion of discovery can be determined.

_____
Honorable Madeline Cox Arleo
United States District Judge