AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-cr-407 (MCA) |
| TIMOTHY BOGEN, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America (with regard to the forfeiture matters and for notice purposes).

Date: 07/31/2024

s/ Barbara A. Ward
*Attorney's signature*

Barbara A. Ward
*Printed name and bar number*

United States Attorney's Office
District of New Jersey
970 Broad Street, 7th Floor
Newark, NJ 07102
*Address*

barbara.ward@usdoj.gov
*E-mail address*

(973) 645-2825
*Telephone number*

*FAX number*